STEVEN E. SHAPIRO (State Bar No. 120200)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Defendant
Homestore, Inc., The National Association of
Realtors and The National Association of
Home Builders of the United States

FILED
OCT 2 6 2005
RICHARD W. WIEKIN
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN L. KEITHLEY,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTORE.COM, INC., et al.,<br><br>Defendants. | Case No. C 03-4447 MJJ<br><br>The Honorable Martin J. Jenkins<br><br>[~~PROPOSED~~] SCHEDULING ORDER |
|---|---|

ORIGINAL

Pursuant to this Court's direction, the parties submit the following schedule:

| November 4, 2005 | Keithley shall serve a Disclosure of Asserted Claims and Preliminary Infringement Contentions as described in NDCal Local Rule 3-1 and shall produce for inspection materials listed in NDCal Local Rule 3-2.  Preliminary Infringement Contentions may be amended as described in NDCal Local Rule 3-6(a). |
|---|---|

1

[PROPOSED] SCHEDULING ORDER – C-03-4447 MJJ

0857746.1

Received 10/21/2005  04AM in 02:12 from 650 361 1000 on line [7... or FAX7 * Pg 3/4
Oct 21 05 08:06a     Kevin L. Keithley           650-361-1000           p.3

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | January 13, 2006 | Defendants shall serve a Preliminary Invalidity Contentions as described in NDCal Local Rule 3-3 and shall produce for inspection materials listed in NDCal Local Rule 3-4. Preliminary Invalidity Contentions may be amended as described in NDCal Local Rule 3-6(b) |
| 6<br>7<br>8<br>9<br>10<br>11<br>12 | January 24, 2006 | Keithley and Defendants shall exchange Proposed Terms and Claim Elements for Constructions as described in NDCal Local Rule 4-1(a). The parties shall meet and confer with respect to their Proposed Terms and Claim Elements for Constructions as described in NDCal Local Rule 4-1(b) within 10 days after the exchange. |
| 13<br>14<br>15<br>16<br>17<br>18<br>19 | February 3, 2006 | Keithley and Defendants shall exchange Preliminary Claim Constructions and Extrinsic Evidence as described in NDCal Local Rule 4-2(a) and (b). The parties shall meet and confer with respect to their Preliminary Claim Constructions and Extrinsic Evidence as described in NDCal Local Rule 4-2(c) within 10 days after the exchange. |
| 20<br>21<br>22 | March 6, 2006 | Keithley and Defendants shall complete and file a Joint Claim Construction and Prehearing Statement as described in NDCal Local Rule 4-3. |
| 23<br>24<br>25 | April 6, 2006 | Keithley and Defendants shall complete claim construction depositions as described in NDCal Local Rule 4-4. |
| 26<br>27 | May 22, 2006 | Keithley shall file a opening brief as described in NDCal Local Rule 4-5(a). |
| 28 | | |

Received 10/21/2005 .04AM in 02:12 from 650 361 1000 on line [7, ...]or FAX7 * Pg 4/4
Oct 21 05 08:06a    Kevin L. Keithley          650-361-1000              p.4

| | | |
|---|---|---|
| 1 | June 6, 2006 | Defendants shall file a responsive brief as described in NDCal Local Rule 4-5(b). |
| 2 | | |
| 3 | June 13, 2006 | Keithley shall file a reply brief as described in NDCal Local Rule 4-5(c). |
| 4 | | |
| ✱ 5 | JuN 28, 2006, 10:00 a.m. | Pre-Markman Hearing Conference / Tutorial |
| ✱ 6 | July 12, 2006, 10:00 Am | Markman Hearing |
| 7 | Feb. 6, 2007, 3:30 p.m. | Pretrial Conference |
| 8 | Feb. 12, 2007, 8:30 a.m. | Trial |

10  Dated: October 14, 2005

STEVEN E. SHAPIRO
MITCHELL SILBERBERG & KNUPP LLP

By: _____
Steven E. Shapiro
Attorneys for Defendant Homestore,
Inc., The National Association of
Realtors and The National Association of
Home Builders of the United States

18  Dated: October 14, 2005

_____
KEVIN KEITHLEY, Plaintiff Pro Per

21          IT IS SO ORDERED.

23  Dated: 10/26, 2005

_____
Hon. Martin J. Jenkins
United States District Court Judge

✱ New DATES. Times subject to change

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18, and not a party to the within action; my business address is Mitchell Silberberg & Knupp LLP, , Los Angeles, California 90064-1683.

On October 21, 2005, I served the foregoing document described as **DEFENDANTS' STATUS CONFERENCE STATEMENT** on the parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows, and taking the action described below:

Kevin L. Keithley
325 Sharon Park Drive, Suite 512
Menlo Park, California 94025

Fax 650-361-1880

☒ **BY PLACING FOR COLLECTION AND MAILING:** I sealed and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at , Los Angeles, California 90064-1683 in the ordinary course of business.

Executed on October 21, 2005, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Jennifer O. Gaines_
Jennifer Gaines

Mitchell Silberberg & Knupp LLP

0853057.1