**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE HOME STORE.COM, INC. ET AL,<br><br>　　　　Defendants.<br>_____ / | No. C03-04447 MJJ<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE MOTION TO SUSPEND CLAIMS CONSTRUCTION PROCEEDINGS.** |

The Court **DENIES** Plaintiff's *ex parte* motion to suspend claims construction proceedings as Plaintiff has failed to show good cause to support the suspension. (Doc. No. 95).

**IT IS SO ORDERED.**

Dated: June 22, 2006

　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE