IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY, | No. C03-04447 MJJ |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| THE HOME STORE.COM, INC. ET AL, | |
| Defendants. | |

Pending before the Court is Plaintiff Kevin Keithley's ("Plaintiff" or "Keithley") Motion for Leave to File First Amended Complaint.[1] Defendants Homestore, Inc., the National Association of Realtors, and the National Association of Home Builders of the United States (collectively "Defendants") do not oppose Plaintiff's motion. Accordingly, the Court **GRANTS** Plaintiff's Motion for Leave to File First Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 22, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 122, Filed July 26, 2006.