1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Attorneys for PLAINTIFFS
   KEVIN KEITHLEY and TREN
7  TECHNOLOGIES HOLDINGS, LLC

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  KEVIN KEITHLEY and TREN            CASE No. C03-04447 MJJ (EDL)
    TECHNOLOGIES HOLDINGS, LLC,
14                                     **CORRECTED AMENDMENT TO
              Plaintiffs,               COMPLAINT**
15
         v.
16
    THE HOMESTORE.COM, INC. et al.,
17
              Defendants.
18

Doc. No. 449306

CORRECTED AMENDMENT TO COMPLAINT
Case No. C03-CV-04447 MJJ (EDL)

1  Pursuant to the Court's Order, dated August 22, 2006, the complaint is hereby corrected and
2  amended to add TREN Technologies Holdings, LLC ("TREN") as a plaintiff in this action. Each
3  reference to "plaintiff" in the complaint shall now include TREN.

Dated: September 11, 2006                FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.


                                         By:           /s/
                                                Scott R. Mosko
                                                Attorneys for Plaintiffs
                                                Kevin Keithley and TREN
                                                Technologies Holdings, LLC