IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY, | No. C03-04447 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| THE HOME STORE.COM, INC. ET AL, | |
| Defendant. | |

On October 23, 2006, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order designating a time limit on the Court's jurisdiction to enforce the terms of the order. (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: October 27, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE