IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>HOMESTORE.COM, INC., et al,<br><br>    Defendants.<br>                                                / | No. C-03-04447 MJJ (EDL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME** |

On November 7, 2006, Plaintiff filed a motion to shorten time to hear Plaintiff's Motion to Compel Website Documents and Motion to Compel Financial and Related Documents. The reason for the request to shorten time is that the trial is currently scheduled for February 12, 2007. On November 10, 2006, Defendant opposed the motion to shorten time.

Plaintiff has not established good cause to hear these motions on shortened time. Therefore, the Court will hear the motions on the regular schedule on December 12, 2006. Defendant's oppositions shall be filed no later than November 21, 2006 and Plaintiff shall file replies no later than November 28, 2006.

**IT IS SO ORDERED.**
Dated: November 13, 2006

                                                                  ELIZABETH D. LAPORTE
                                                                    United States Magistrate Judge