1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California 94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Plaintiffs
   KEVIN KEITHLEY and TREN
7  TECHNOLOGIES HOLDINGS, LLC

8

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  KEVIN KEITHLEY and TREN                    CASE No. C03-04447 MJJ (EDL)
    TECHNOLOGIES HOLDINGS, LLC,
14                                             STIPULATION AND [PROPOSED]
              Plaintiffs,                      ORDER REGARDING CASE
15                                             MANAGEMENT CONFERENCE
         v.                                    HELD ON MARCH 6 AND 7, 2007
16
    THE HOMESTORE.COM, INC., THE
17  NATIONAL ASSOCIATION OF REALTORS,
    and THE NATIONAL ASSOCIATION OF
18  HOME BUILDERS OF THE UNITED STATES,

19           Defendants.

20

21

22

23

24

25

26

27

28

Doc. No. 456945

1    The Court conducted a Case Management Conference ("CMC") on January 23, 2007. Scott

2 R. Mosko appeared for Plaintiffs. Bruce J. Rose appeared for Defendants. During the CMC, the

3 Court inquired of Defendants about the status of the production pursuant to The Honorable Elizabeth

4 Laporte's December 19, 2006 Order compelling production of documents. Defendants responded

5 that they expected to complete their production shortly. In addition, the Court stated that the earlier-

6 exchanged and/or filed claim construction materials were not helpful. The Court further indicated

7 that it would follow a schedule consistent with the one set forth in Plaintiffs' portion of the Joint

8 CMC Statement, filed on January 18, 2007.

9    On March 6, 2007, the Court conducted a further CMC. The parties and the Court discussed

10 the status of Defendants' production. Thereafter the parties conferred. Defendants offered to

11 provide a written response to the issues raised regarding their production. Defendants also agreed to

12 produce exemplary additional report documents identified in a May 6, 2007 declaration executed by

13 Daniel Lanovaz to the extent they exist. On March 7, the Court conducted a further CMC. In light

14 of the agreements reached between the parties, the Claim Construction hearing of May 16 was

15 postponed for a short period in order for the parties to resolve the discovery issues and for

16 Defendants to produce the report documents. The Court then ordered the parties to submit a

17 stipulation setting forth new dates as they concern the postponed Claim Construction hearing.

18 Pursuant thereto, the parties have conferred and submit the following stipulation:

19                                **IT IS HEREBY STIPULATED:**

20    1.    The Court will only construe ten terms at the Claim Construction hearing. On or

21 before March 16, 2007, the parties are to exchange no more than ten proposed terms they believe the

22 Court should construe consistent with Patent L.R. 4-1;

23    2.    Defendants shall respond to the March 6th Lanovaz Declaration by March 16, 2007;

24    3.    Defendants will produce exemplary copies of all reports identified in the March 6th

25 Lanovaz Declaration to the extent they exist by March 23, 2007;

26    4.    To the extent a term exists on both lists exchanged on March 16, that term will be

27 construed by the Court. Regarding terms that do not exist on both lists, beginning with the Plaintiffs,

28

Doc. No. 456945

1

STIPULATION AND [PROPOSED] ORDER REGARDING CASE
MANAGEMENT CONFERENCE HELD ON JANUARY 23, 2007
Case No. C03-CV-04447 MJJ (EDL)[

1   each side will select a term to be construed until a total of ten terms are identified. The parties shall

2   complete the selection process by March 23, 2007;

3        5.    The parties are to exchange preliminary constructions, consistent with Patent L.R. 4-2

4   by April 20, 2007;

5        6    A Joint Claim Construction Statement shall be filed on April 27, 2007 (Patent L.R. 4-

6   3);

7        7.    The Court will refer this matter to its mediation program. The parties and the selected

8   mediator shall use their best efforts to schedule a mediation before April 27, 2007;

9        8.    Claim Construction discovery shall be completed by May 4, 2007;

10       9.    Plaintiffs' Claim Construction Opening Brief shall be filed on May 9, 2007;

11       10.    A tutorial shall occur on May 15, 2007, beginning at 3:30 p.m.;

12       11.    Defendants' Claim Construction Responding Brief shall be filed on May 23, 2007;

13       12.    Plaintiffs' Claim Construction Reply Brief shall be filed on May 30, 2007; and

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

13.   The Claim Construction hearing will be held on June 13, 2007 at 2:30 p.m. and will be continued to June 20, 2007 at 2:30 p.m. if necessary.

Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under penalty of perjury that she has the concurrence of each of the signatories to this Stipulation and [Proposed] Order Regarding Case Management Conference Held On January 23, 2007.

FINNEGAN, HENDERSON, FARABOW
GARRETT, DUNNER, LLP


By:_____/s/_____
Scott R. Mosko
Attorneys for Plaintiffs
Kevin Keithley and Tren Technologies
Holdings, LLC

ALSTON AND BIRD


By:_____/s/_____
Bruce J. Rose
Attorneys for Defendants The Homestore.com,
Inc., The National Association of Realtors and
the National Association of Home Builders of
the United States

**IT IS SO ORDERED:**

Dated:   3/13/2007   _____
MARTIN J. JENKINS
United States District Judge