1  GEORGE M. BORKOWSKI (State Bar No. 133416)
   MITCHELL SILBERBERG & KNUPP LLP
2  11377 West Olympic Boulevard
   Los Angeles, CA 90064-1683
3  Telephone: (310) 312-2000
   Facsimile:  (310) 312-3100
4
5  DICKSON M. LUPO
   BRUCE J. ROSE
6  S. BENJAMIN PLEUNE
   ALSTON & BIRD, LLP
7  101 South Tryon Street
   Charlotte, NC 28280
8  Telephone: (704) 444-1000
   Facsimile: (704) 444-1111
9
   Attorneys for Defendants
10 Homestore, Inc., The National Association of
   Realtors and The National Association of
11 Home Builders of the United States

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15
16  KEVIN L. KEITHLEY and TREN
    TECHNOLOGIES HOLDING LLC,
17                                          Case No. C 03-4447 MJJ (EDL)
                Plaintiffs,
18
           v.
19                                          **MOTION TO REMOVE
    HOMESTORE.COM, INC., et al.,            CONFIDENTIAL DOCUMENTS**
20
                Defendants.                 **DECLARATION OF S. BENJAMIN
21                                          PLEUNE IN SUPPORT**

22                                          [PROPOSED] ORDER
23
24
25
26
27
28

1  On February 21, 2007, Defendants filed a Motion to Compel Documents and Information related to the Northwater Entities (Docket No. 206). On March 19, 2007, Plaintiffs notified Defendants that its Motion to Compel made reference to and attached a document (Exhibit 11) designated by Plaintiffs as "Confidential – Attorneys Eyes Only". On March 20, 2007, Defendants re-efiled their Motion to Compel, accompanied by a motion requesting that Exhibit 11 and references to Exhibit 11 be sealed (Docket Nos. 213-15). Defendants also delivered an email to ecfhelpdesk@cand.uscourts.gov, notifying the ECF help-desk of the inadvertent reference to materials marked confidential. Thereafter, counsel for Defendants called the ECF help-desk at 1-866-638-7829, requesting that access to Docket No. 206 be restricted.

Defendants are not asserting that any portion of their Motion to Compel or Exhibit 11 attached thereto contains information that is confidential. However, Plaintiffs have designated Exhibit 11 as confidential, and Defendants Motion to Compel makes reference to and attaches a copy of Exhibit 11. Accordingly, and pursuant to their obligations under the Protective Order and Civil Local Rule 79-5, Defendants respectfully request that the Court remove Docket No. 206 from the public file of Civil Action No. 03-4447-MJJ.

Respectfully submitted this 20th day of March, 2007.

GEORGE M. BORKOWSKI
MITCHELL SILBERBERG & KNUPP

/s/ S. Benjamin Pleune
DICKSON M. LUPO
BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000

ATTORNEYS FOR DEFENDANT
HOMESTORE, INC., THE NATIONAL
ASSOCIATION OF REALTORS AND THE
NATIONAL ASSOCIATION OF HOME
BUILDERS OF THE UNITED STATES

## SUPPORTING DECLARATION OF S. BENJAMIN PLEUNE

I, S. Benjamin Pleune, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of North Carolina. I am an associate in the law firm of Alston & Bird, LLP, counsel for defendants Homestore, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States (collectively "Defendants"). I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. The representations made above in this Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2007, at Charlotte, NC.

/s/ S. Benjamin Pleune
S. Benjamin Pleune

GEORGE M. BORKOWSKI (State Bar No. 133416)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

DICKSON M. LUPO
BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
Homestore, Inc., The National Association of
Realtors and The National Association of
Home Builders of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, | Case No. C 03-4447 MJJ |
| Plaintiffs, | The Honorable Martin J. Jenkins |
| v. | [~~PROPOSED~~] ORDER |
| HOMESTORE.COM, INC., et al., | |
| Defendants. | |

1  Good cause appearing therefore, Defendants' Motion to Remove
2  Confidential Documents is **GRANTED**. The Court hereby **ORDERS** that Docket
3  No. 206 be removed from the public file of Civil Action No. 03-4447-MJJ.
4
5
6  Dated: 19/1/2007            *[signature]*
7                              United States District Court Judge