Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for PLAINTIFFS
KEVIN KEITHLEY and TREN
TECHNOLOGIES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS, and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>Defendants. | CASE No. C03-04447 MJJ (EDL)<br><br>**APPLICATION ALLOWING EQUIPMENT INTO THE COURTROOM AND [~~PROPOSED~~] ORDER**<br><br>**Date:** May 15, 2007<br>**Time:** 3:30 p.m.<br>**Courtroom:** Courtroom 11, 19th Floor<br>**Judge:** Hon. Judge Jenkins |

1 | Plaintiffs through this application hereby request an Order allowing them to bring equipment
2 | into the Courtroom for the tutorial on May 15, 2007.  Specifically, Plaintiffs expect to bring
3 | computers, a projector, and a screen which will take approximately 30 minutes to set up.
4 | Respectfully submitted,

Dated: May 11, 2007

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: ___/s/Scott R. Mosko___
Scott R. Mosko
Attorneys for Plaintiffs Kevin Keithley and
TREN Technologies Holdings, LLC

### [Proposed] ORDER

Upon good cause shown, Plaintiffs' request is granted.  Plaintiffs shall be allowed to bring the equipment referenced in this application into the Courtroom on May 15, 2007.

**IT IS SO ORDERED.**

DATED:  5/14/2007

_____
United States District Judge