GEORGE M. BORKOWSKI (State Bar No. 133416)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:     (310) 312-2000
Facsimile:     (310) 312-3100

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
Homestore, Inc., The National Association of Realtors
and The National Association of Home Builders of the
United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESTORE.COM, INC., et al.,<br><br>Defendants. | Case No. C 03-4447 MJJ<br><br>The Honorable Martin J. Jenkins<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' CLAIM CONSTRUCTION BRIEF AND GRANTING DEFENDANTS AN EXTENSION OF TIME |

Having fully considered the arguments presented, and for good cause shown, the Court hereby DENIES Plaintiffs' *ex parte* Motion to Strike Defendants' Claim Construction Brief, GRANTS Defendants an extension to file its amended Claim Construction Brief, and extends Plaintiffs' time to file a Reply Claim Construction Brief by two (2) days.

DATED: 6/1/2007

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge