1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:      (650) 849-6666

6  Attorneys for PLAINTIFFS
   KEVIN KEITHLEY and TREN
7  TECHNOLOGIES HOLDINGS, LLC

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  KEVIN KEITHLEY and TREN                CASE No. C03-04447 MJJ (EDL)
    TECHNOLOGIES HOLDINGS, LLC,
14
               Plaintiffs,
                                           **STIPULATION AND [PROPOSED]**
15                                         **ORDER REGARDING CLAIM**
        v.                                 **CONSTRUCTION DISCOVERY AND**
16                                         **SCHEDULING**
    THE HOMESTORE.COM, INC., THE
17  NATIONAL ASSOCIATION OF REALTORS,
    and THE NATIONAL ASSOCIATION OF
18  HOME BUILDERS OF THE UNITED STATES,

19             Defendants.

20

21

22

23

24

25

26

27

28

Doc. No.  463157                                     STIPULATION AND [PROPOSED] ORDER
                                                     Case No. C03-CV-04447 MJJ (EDL)

1  The Parties through their respective counsel hereby agree to the following briefing, discovery
2  and hearing schedule:
3  Defendants' Response Claim Construction Brief shall be filed on May 29, 2007;
4  Defendants' experts disclosed in the Joint Claim Construction Statement, shall produce
5  documents responsive to the already-served subpoenas at least four (4) court days before their
6  depositions;
7  Defendants shall produce their experts for depositions on either May 31, or June 1;
8  Plaintiffs' Reply Claim Construction Brief shall be filed on June 6, 2007;
9  The Claim Construction hearing shall be held on June 20, 2007, commencing at 9:00 a.m.
10  Bruce J. Rose has authorized the filing of this stipulation with his electronic signature.

**IT IS SO STIPULATED:**

FINNEGAN, HENDERSON, FARABOW
GARRETT, DUNNER, LLP

By:   /s/Scott R.Mosko
Scott R. Mosko
Attorneys for Plaintiffs
Kevin Keithley and Tren Technologies
Holdings, LLC


ALSTON AND BIRD

By:   /s/ Bruce J. Rose
Bruce J. Rose
Attorneys for Defendants The Homestore.com,
Inc., The National Association of Realtors and
the National Association of Home Builders of
the United States

**IT IS SO ORDERED:**

Dated: __5/24/2007_____         _____
                                MARTIN J. JENKINS
                                United States District Judge