IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY, | No. C03-04447 MJJ |
| Plaintiff, | **ORDER REGARDING CLAIMS CONSTRUCTION HEARING** |
| v. | |
| THE HOME STORE.COM, INC. ET AL, | |
| Defendant. | |

The Claims Construction hearing currently scheduled for June 20, 2007 at 9:00 a.m. is hereby rescheduled to **June 26, 2007 at 9:30 a.m.** Each side shall have 90 minutes to present argument.

**IT IS SO ORDERED.**

Dated: June 13, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE