LUTHER ORTON (State Bar No. 54258)
JENNIFER L. SHODA (State Bar No. 194469)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
The Homestore.com, Inc.,
The National Association of Realtors, and
The National Association of Home Builders of the
United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY, et al., | Case No. CV 03 04447 MJJ |
| Plaintiffs, | **APPLICATION ALLOWING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER** |
| vs. | |
| THE HOMESTORE.COM, INC., et al, | **Date**: June 26, 2007 |
| Defendants. | **Time**: ~~9:00~~ 9:30 a.m. |
| | **Courtroom**: Courtroom 11, 19th Floor |
| | **Judge**: Hon. Judge Jenkins |

{00012658.DOC; 1}                                   1

APPLICATION AND [PROPOSED] ORDER – CV 03 04447 MJJ

Defendants The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States through this application hereby request an Order allowing them to bring equipment into the Courtroom for the Claim Construction Hearing on June 20, 2007. Specifically, Defendants expect to bring computers, a projector, and a screen, which will take approximately 30 minutes to set up.

Respectfully submitted,

Dated: June 13, 2007                SNYDER, MILLER & ORTON, LLP

                                    */s/ Luther Orton*_____
                                    Luther Orton
                                    Attorneys for Defendants The Homestore.com, Inc., The
                                    National Association of Realtors and The National
                                    Association of Home Builders of the United States

## [Proposed] ORDER

Upon good cause shown, Defendants' request is granted. Defendants shall be allowed to bring the equipment referenced in this application into the Courtroom on June 20, 2007. AT APPROX. 9:00 A.M.

**IT IS SO ORDERED**.

Dated: 6/18/07                      _____
                                    United States District Court Judge