Scott R. Mosko (SBN: 106070)
scott.mosko@finnegan.com
C. Larry O'Rourke, Esq. (SBN: 219255)
(larry.orourke@finnegan.com)
Scott A. Herbst, Esq. (SBN: 226739)
(scott.herbst@finnegan.com)
Weiguo Chen (SBN: 243849)
(will.chen@finnegan.com)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiffs
KEVIN KEITHLEY and TREN
TECHNOLOGIES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>         Plaintiffs,<br><br>    v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS, and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>         Defendants. | CASE No. C03-04447 MJJ (EDL)<br><br>**APPLICATION ALLOWING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER**<br><br>**Date:**     June 26, 2007<br>**Time:**       9:30 a.m.<br>**Courtroom:** Courtroom 11, 19th Floor<br>**Judge:**    Hon. Martin J. Jenkins |

Plaintiffs through this application hereby request an Order allowing them to bring equipment into the Courtroom for the Claim Construction Hearing.  Specifically, Plaintiffs expect to bring computers, a projector, and a screen which will take approximately 30 minutes to set up.

Respectfully submitted,

Dated:  June 15, 2007

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.

By:         /s/Scott R. Mosko
   Scott R. Mosko
   Attorneys for Plaintiffs Kevin Keithley and
   TREN Technologies Holdings, LLC

### [Proposed] ORDER

Upon good cause shown, Plaintiffs' request is granted.  Plaintiffs shall be allowed to bring the equipment referenced in this application into the Courtroom on June 26, 2007.

**IT IS SO ORDERED.**

DATED: 6/21/2007

United States District Judge