1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Plaintiffs
   KEVIN KEITHLEY and TREN
7  TECHNOLOGIES HOLDINGS, LLC

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | KEVIN KEITHLEY and TREN            | CASE No. C03-04447 MJJ (EDL)
   | TECHNOLOGIES HOLDINGS, LLC,        |
14 |                                    |
   |         Plaintiffs,                | **STIPULATION AND [PROPOSED]**
15 |                                    | **ORDER REGARDING THE CLAIM**
   |    v.                              | **CONSTRUCTION HEARING**
16 |                                    |
   | THE HOMESTORE.COM, INC., THE       |
17 | NATIONAL ASSOCIATION OF REALTORS,  |
   | and THE NATIONAL ASSOCIATION OF    |
18 | HOME BUILDERS OF THE UNITED STATES,|
19 |         Defendants.                |
20

21

22

23

24

25

26

27

28

1 | The Parties through their respective counsel hereby agree that the Claim Construction
2 | hearing shall be set for August 1, 2007, commencing at 1:30 ~~p.m.~~ (2:00) p.m.  The parties further agree that
3 | Bruce Rose authorized Plaintiffs to attach his electronic signature to this pleading.

**IT IS SO STIPULATED:**

FINNEGAN, HENDERSON, FARABOW
GARRETT, DUNNER, LLP

By:   /s/ Scott R. Mosko
Scott R. Mosko
Attorneys for Plaintiffs Kevin Keithley and
TREN Technologies Holdings, LLC

ALSTON AND BIRD

By:   /s/ Bruce J. Rose
Bruce J. Rose
Attorneys for Defendants The Homestore.com,
Inc., The National Association of Realtors and
the National Association of Home Builders of
the United States

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:  6/3/2007                               /s/ Martin J. Jenkins
                                               MARTIN J. JENKINS
                                               United States District Judge