| | |
|---|---|
| 1 | Scott R. Mosko (SBN: 106070) |
|   | scott.mosko@finnegan.com |
| 2 | Scott A. Herbst, Esq. (SBN: 226739) |
|   | (scott.herbst@finnegan.com) |
| 3 | Weiguo Chen (SBN: 243849) |
|   | (will.chen@finnegan.com) |
| 4 | FINNEGAN, HENDERSON, FARABOW, |
|   |   GARRETT & DUNNER, L.L.P. |
| 5 | Stanford Research Park |
|   | 3300 Hillview Avenue |
| 6 | Palo Alto, California  94304 |
|   | Telephone:     (650) 849-6600 |
| 7 | Facsimile:     (650) 849-6666 |
| 8 | Attorneys for Plaintiffs |
|   | KEVIN KEITHLEY and TREN |
| 9 | TECHNOLOGIES HOLDINGS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC, | CASE No. C03-04447 MJJ (EDL) |
| Plaintiffs, | **APPLICATION ALLOWING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER** |
| v. | |
| THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS, and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, | **Date:** August 1, 2007<br>**Time:**   2:00 p.m.<br>**Place:** Courtroom 11, 19th Floor<br>**Judge:** Honorable Jenkins |
| Defendants. | |

Plaintiffs through this application hereby request an Order allowing them to bring equipment into the Courtroom for the Claim Construction Hearing. Specifically, Plaintiffs expect to bring computers, a projector, monitors and a screen which will take approximately 30 minutes to set up.

Respectfully submitted,

Dated: July 23, 2007　　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, L.L.P.


By:　　　　/s/Scott R. Mosko
　　　Scott R. Mosko
　　　Attorneys for Plaintiffs Kevin Keithley and
　　　TREN Technologies Holdings, LLC

### [Proposed] ORDER

Upon good cause shown, Plaintiffs' request is granted. Plaintiffs shall be allowed to bring the equipment referenced in this application into the Courtroom on August 1, 2007.

**IT IS SO ORDERED.**

DATED: 7/27/07　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge