LUTHER ORTON (State Bar No. 54258)
JENNIFER L. SHODA (State Bar No. 194469)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
The Homestore.com, Inc.,
The National Association of Realtors, and
The National Association of Home Builders of the
United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE HOMESTORE.COM, INC., et al, <br><br> Defendants. | Case No. CV 03 04447 MJJ <br><br> *AMENDED* **APPLICATION ALLOWING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER** <br><br> **Date**: August 1, 2007 <br> **Time**: 2:00 p.m. <br> **Courtroom**: Courtroom 11, 19th Floor <br> **Judge**: Hon. Judge Jenkins |

Defendants The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States through this application hereby request an Order allowing them to bring equipment into the Courtroom for the Claim Construction Hearing on August 1, 2007. Specifically, Defendants expect to bring computers, a projector, and a screen and a blow up

///

{00013352.DOC; 1}   1

*AMENDED* APPLICATION AND [PROPOSED] ORDER – CV 03 04447 MJJ

board, which will take approximately 30 minutes to set up.

Respectfully submitted,

Dated: July 25, 2007 SNYDER, MILLER & ORTON, LLP

*/s/ Luther Orton*_____
Luther Orton
Attorneys for Defendants The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States

[Proposed] **ORDER**

Upon good cause shown, Defendants' request is granted. Defendants shall be allowed to bring the equipment referenced in this application into the Courtroom on August 1, 2007.

**IT IS SO ORDERED**.

Dated: 7/31/07

_____
United States District Court Judge

{00013352.DOC; 1} 2

*AMENDED* APPLICATION AND [PROPOSED] ORDER – CV 03 04447 MJJ

Snyder Miller & Orton LLP