Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorney for Plaintiffs
Kevin Keithley and TREN
Technologies Holdings, LLC

ALSTON & BIRD, LLP
BRUCE J. ROSE
S. BENJAMIN PLEUNE
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
The Homestore.com, Inc., The National Association of Realtors
and The National Association of Home Builders of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>             Plaintiffs,<br><br>   v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>             Defendants. | CASE NO. C03-04447 MJJ (EDL)<br><br>**STIPULATION AND (PROPOSED) ORDER FOR ENLARGEMENT OF TIME** |

1   It is hereby stipulated among Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC, and Defendants The Homestore.com, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States, that the due dates for Final Infringement Contentions and Final Invalidity Contentions shall be enlarged and modified as follows:

Plaintiffs' Final Infringement Contentions shall be served on or before October 19, 2007.

Defendants' Final Invalidity Contentions shall be served on or before November 8, 2007.

By his signature below, counsel for Plaintiffs attests under penalty of perjury that counsel for Defendants concurs in the filing of this Stipulation.

Dated: October 5, 2007          FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, L.L.P.


                                By:_____/S/_____
                                    Scott R. Mosko
                                    Attorney for Plaintiffs
                                    Kevin Keithley and TREN Technologies Holdings, LLC


                                ALSTON & BIRD, LLP


                                By:_____/S/_____
                                    BRUCE J. ROSE
                                    S. BENJAMIN PLEUNE
                                    Attorneys for Defendants
                                    The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States

The status conference set for October 30, 2007 is VACATED and re-set for November 13, 2007 at 2 p.m. A joint statement is due ten days prior.

**IT IS SO ORDERED:**

Dated: 10/15/07                 _____
                                MARTIN J. JENKINS
                                United States District Judge

Doc. No. 444035                                    1                        STIPULATED ENLARGEMENT OF TIME
                                                                            Case No. C03-CV-04447 MJJ (EDL)