1 | Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
2 | FINNEGAN, HENDERSON, FARABOW,
  | GARRETT & DUNNER, L.L.P.
3 | Stanford Research Park
  | 3300 Hillview Avenue
4 | Palo Alto, California 94304
  | Telephone: (650) 849-6600
5 | Facsimile: (650) 849-6666

6 | Attorneys for Plaintiffs
  | KEVIN KEITHLEY and TREN
7 | TECHNOLOGIES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS, and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>Defendants. | CASE No. C03-04447 MJJ (EDL)<br><br>**STIPULATION AND [███████] ORDER REGARDING PRETRIAL SCHEDULING ORDER** |

| | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff: | May 30, 2008 | May 15, 2008 |
| Initial Expert Reports: | June 20, 2008 | May 30, 2008 |
| Rebuttal Expert Reports: | June 27, 2008 | June 20, 2008 |
| Last Day to Hear Summary Judgment Motions: | August 19, 2008 | August 26, 2008 |

The Parties through their respective counsel hereby agree to the following pretrial schedule:

Bruce J. Rose has authorized the filing of this stipulation with his electronic signature.

**IT IS SO STIPULATED:**

FINNEGAN, HENDERSON, FARABOW
GARRETT, DUNNER, LLP

Dated: January 14, 2008

By: /s/ Scott R. Mosko
Scott R. Mosko
Attorneys for Plaintiffs
Kevin Keithley and Tren Technologies
Holdings, LLC

ALSTON AND BIRD

Dated: January 14, 2008

By: /s/ Bruce J. Rose
Bruce J. Rose
Attorneys for Defendants The Homestore.com,
Inc., The National Association of Realtors and
the National Association of Home Builders of
the United States

**IT IS SO ORDERED:**

Dated: 1/18/2008

_____
MARTIN J. JENKINS
United States District Judge