Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorney for Plaintiffs
Kevin Keithley and TREN
Technologies Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>Defendants. | CASE No. C03-04447 SI (EDL)<br><br>**STIPULATION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER ISSUING SANCTIONS FOR DEFENDANTS' SPOLIATION OF EVIDENCE AND [P~~ROPOSED~~] ORDER**<br><br>Date: March 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Fl.<br>Mag. Judge: Hon. Elizabeth D. Laporte |

| | |
|---|---|
| 1 | Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC ("Plaintiffs"), and |
| 2 | Defendants The Homestore.com, Inc., The National Association of Realtors and The National |
| 3 | Association of Home Builders of the United States ("Defendants"), through their respective counsel, |
| 4 | hereby stipulate that Plaintiffs shall have up to and including March 5, 2008, in which to file their |
| 5 | Reply to Defendants' Opposition to Plaintiffs' Motion for Order Issuing Sanctions for Defendants' |
| 6 | Spoliation of Evidence. Plaintiffs' response is currently due March 4, 2008. |

IT IS SO STIPULATED.

Dated: February 28, 2008

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

By: /s/Scott R. Mosko
Scott R. Mosko
Attorney for Plaintiffs Kevin Keithley and
TREN Technologies Holdings, LLC

ALSTON & BIRD, LLP

By: /s/Bruce J. Rose
Bruce J. Rose
Attorneys for Defendants The Homestore.com,
Inc., The National Association of Realtors and
The National Association of Home Builders of
the United States

I declare under penalty of perjury under the laws of the United States that Bruce J. Rose has authorized me to add his electronic signature to this document and submit it to the Court as a stipulation.

/s/Scott R. Mosko
Scott R. Mosko

### [~~PROPOSED~~] ORDER

Upon Good Cause Shown, IT IS HEREBY ORDERED that Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's Reply to Defendants' Opposition to Plaintiffs' Motion for Order Issuing Sanctions for Defendants' Spoliation of Evidence shall be due on March 5, 2008.

DATED: February 28, 2008

_____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

480163

EXTEND TIME AND [P] ORDER
Case No. C 03-04447 SI (EDL)

1