IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY, | No. C 03-04447 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| THE HOME STORE.COM, INC. ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 23, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

MOTIONS TO STRIKE: MARCH 28, 2008, AT 9:00 a.m.

DISPOSITIVE MOTIONS **SHALL** be filed by July 25, 2008;

   Opp. Due August 8, 2008;  Reply Due August 15, 2008;

    and set for hearing no later than August 29, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 30, 3008 at 3:30 PM.

JURY TRIAL DATE: OCTOBER 7, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be TEN days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge