LUTHER ORTON
SNYDER, MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

BRUCE J. ROSE
S. BENJAMIN PLEUNE
DOUGLAS R. WILNER
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants

Homestore, Inc., The National Association of Realtors
and The National Association of Home Builders of the
United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESTORE.COM, INC., *et al.,*<br><br>Defendants. | Case No. C-03-4447 SI (EDL)<br><br>STIPULATION TO EXTEND TIME TO SERVE DECLARATION RESPONSIVE TO [~~PROPOSED~~] ORDER (DOCKET #410) AND [~~PROPOSED~~] ORDER |

Defendants The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States ("Defendants") and Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC ("Plaintiffs"), through their respective counsel, hereby stipulate that Defendants shall have up to and including March 20, 2008, in which to serve their Declarations required by the [Proposed] Order Regarding Motion to Compel Further Responses to Interrogatory No. 20. Defendants' Declarations are currently due March 18, 2008.

IT IS SO STIPULATED.

Dated: March 14, 2008　　　　　　　　ALSTON & BIRD, LLP

By: /s/Bruce J. Rose
Bruce J. Rose
Attorneys for Defendants The Homestore.com, Inc., The National Association of Realtors and The National Association of Home Builders of the United States

FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, L.L.P.

By: /s/Scott R. Mosko
Scott R. Mosko
Attorney for Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC

### [PROPOSED] ORDER

Upon Good Cause Shown, IT IS HEREBY ORDERED that Defendants' Declarations required by the [Proposed] Order Regarding Motion to Compel Further Responses to Interrogatory No. 20 shall be due on March 20, 2008.

DATED: March 17, 2008　　　　　　　　_/s/ Elizabeth D. Laporte_
UNITED STATES MAGISTRATE JUDGE