IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, | No. C-03-04447 MJJ (EDL) |
| Plaintiff, | **ORDER REQUIRING RESPONSE TO DEFENDANTS' MARCH 21, 2008 DECLARATION** |
| v. | |
| HOMESTORE.COM, INC., et al, | |
| Defendants.                              / | |

On March 21, 2008, Defendants filed a declaration regarding Defendants' responses to Plaintiffs' Requests for Admissions. Plaintiffs shall file a response to that declaration no later than March 27, 2008.

**IT IS SO ORDERED.**

Dated: March 24, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge