United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, *et al.*, | No. C 03-4447 SI |
| Plaintiffs, | **ORDER VACATING MARCH 28, 2008 HEARING** |
| v. | |
| THE HOMESTORE.COM, INC., *et al.*, | |
| Defendants. | |

The parties' cross-motions to strike are scheduled for a hearing on March 28, 2008. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motions are appropriate for resolution without oral argument and VACATES the hearing. The Court will issue an order on the motions shortly.

**IT IS SO ORDERED.**

Dated: March 26, 2008

SUSAN ILLSTON
United States District Judge