Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorney for Plaintiffs
Kevin Keithley and TREN
Technologies Holdings, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>　　　　　　Defendants. | CASE No. C03-04447 SI (EMC)<br><br>**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　　　　July 15, 2008<br>Time:　　　　9:30 a.m.<br>Courtroom:　C, 15th Fl.<br>Mag. Judge:　Hon. Edward M. Chen |

1  Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC ("Plaintiffs"), and
2  Defendants The Homestore.com, Inc., The National Association of Realtors and The National
3  Association of Home Builders of the United States ("Defendants"), through their respective counsel,
4  hereby stipulate that the Settlement Conference currently scheduled for August 8, 2008, beginning at
5  9:30 a.m., in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
6  California 94102 before Judge Edward M. Chen pursuant to the Amended Notice of Settlement
7  Conference and Settlement Conference Order (Dkt. 426) be rescheduled to July 15, 2008, beginning
8  at 9:30 a.m., at the same location.

9  IT IS SO STIPULATED.

10 Dated:  April 17, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                                GARRETT & DUNNER, L.L.P.

13                                          By:         /s/Scott R. Mosko
                                                Scott R. Mosko
14                                              Attorney for Plaintiffs Kevin Keithley and
                                                TREN Technologies Holdings, LLC

                                            ALSTON & BIRD, LLP

18                                          By:         /s/Bruce J. Rose
                                                Bruce J. Rose
19                                              Attorneys for Defendants The Homestore.com,
                                                Inc., The National Association of Realtors and
20                                              The National Association of Home Builders of
                                                the United States

I declare under penalty of perjury under the laws of the United States that Bruce J. Rose has
authorized me to add his electronic signature to this document and submit it to the Court as a
stipulation.

                                                    /s/Scott R. Mosko
                                                    Scott R. Mosko

483315                                       1            STIPULATION TO RESCHEDULE SETTLEMENT
                                                          CONFERENCE AND [PROPOSED] ORDER
                                                          Case No.  C 03-04447 SI (EMC)

1 **[PROPOSED] ORDER**

2   Upon Good Cause Shown, IT IS HEREBY ORDERED:

3   1.   That the Settlement Conference currently scheduled for August 8, 2008, beginning at 9:30 a.m. be rescheduled to take place on July 15, 2008, beginning at 9:30 a.m. in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

6   2.   Settlement Conference statements shall be lodged by hard copy only with Magistrate Judge Chen's chambers no later than July 1, 2008.  Statements shall not be filed electronically.

DATED:  April 21, 2008

_____
Magistrate Judge Edward M. Chen

