LUTHER ORTON (State Bar No. 54258)
JENNIFER L. SHODA (State Bar No. 194469)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
The Homestore.com, Inc.,
The National Association of Realtors
and The National Association of
Home Builders of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>Defendants. | CASE NO. C03-04447 SI (EDL)<br><br>**DISCOVERY MATTER**<br><br>**JOINT STIPULATION CHANGING HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE AND WORK PRODUCT IMMUNITY; [~~PROPOSED~~] ORDER**<br><br>Dept.: Courtroom E, 15th Floor<br>Mag. Judge: Elizabeth D. Laporte |

{00019706.DOC; 1}                                                1

In accordance with Civil Local Rule 7-11, the parties have agreed, and stipulate pursuant to Civil Local Rule 7-12 that:

1. The hearing on Defendants' Motion to Compel Documents Withheld on Basis of Privilege and Work Product Immunity was scheduled to be heard on June 10, 2008, at 9:00 a.m.;

2. Since the parties have scheduled a mediation for June 10, the parties have agreed to move the hearing to July 1, 2008, at 9:00 a.m.

By her signature below, counsel for Defendants attests that counsel for Plaintiffs concurred in the filing of this document.

So stipulated:

Dated: June 6, 2008              SNYDER MILLER & ORTON, L.L.P.


                                 By: _____/s/_____
                                     Jennifer Shoda
                                     Attorneys for Defendants The Homestore.com,
                                     Inc., The National Association of Realtors, and
                                     The National Association of Homebuilders of the
                                     United States

Dated: June 6, 2008              FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, L.L.P.


                                 By: _____/s/*_____
                                     Scott R. Mosko
                                     Attorneys for Plaintiffs Kevin Keithley and
                                     TREN Technologies Holdings, LLC


*I declare under penalty of perjury under the laws of the United States that Scott Mosko has authorized me to add his electronic signature to this document and submit it to the Court as a stipulation.

                                       _____/s/_____
                                             Jennifer L. Shoda

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The hearing date for Defendants' Motion to Compel Documents Withheld on Basis of Privilege and Work Product Immunity will be changed from June 10, 2008, at 9:00 a.m. to July 1, 2008, at ~~9:00 a.m.~~ 9:30 a.m.

**IT IS SO ORDERED.**

Dated: June 9, 2008



UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

{00019706.DOC; 1}                             3

JOINT STIPULATION CHANGING HEARING DATE FOR DEFENDANTS' MOTION TO COMPEL DOCUMENTS WITHHELD ON BASIS OF PRIVILEGE & WORK PRODUCT IMMUNITY; [PROPOSED] ORDER

Case No. C03-04447 SI (EDL)