**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KEITHLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE HOME STORE.COM, INC., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C-03-04447 SI (EDL)<br><br>**ORDER REQUIRING PLAINTIFFS TO LODGE TIME RECORDS <u>IN CAMERA</u>** |

On June 2, 2008, Plaintiffs filed a Report of Conference with Defendants and Proposed Orders re: Spoliation. As an exhibit to that Report, Plaintiffs attached a proposed Monetary Sanction Order Resulting from Defendants' Spoliation seeking $139,570 in sanctions. <u>See</u> Report at Ex. D. Plaintiffs assert that the time records to support sanctions are privileged, but state that they are willing to submit the records for <u>in camera</u> review. <u>See</u> Report at 3:10-11. Without conceding that Plaintiffs' time records are privileged, Defendants urge the Court to review the records <u>in camera</u>. <u>See</u> Defs.' Submission in Support of their Proposed Alternate Forms of Spoliation Sanctions Order at 2:2-4. Accordingly, as soon as possible and no later than July 1, 2008, Plaintiffs shall lodge <u>in camera</u> the time records to support their sanctions request of $139,570. Plaintiffs shall also provide a summary of the time spent to assist the Court in reviewing the records.

**IT IS SO ORDERED.**

Dated: June 17, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge