IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITHLEY,<br><br>            Plaintiff,<br><br>    v.<br><br>THE HOME STORE.COM, INC. ET AL,<br><br>            Defendant.<br>_____/ | No. C 03-04447 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 8, 2008 .

DESIGNATION OF EXPERTS: 8/15/08; REBUTTAL: 9/8/08 .

EXPERT DISCOVERY CUTOFF is September 30, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by October 3, 2008;

    Opp. Due October 24, 2008;  Reply Due October 31, 2008;

    and set for hearing no later than November 14, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 16, 2008 at 3:30 PM.

JURY TRIAL DATE: January 12, 2009, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be TEN days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                SUSAN ILLSTON
                                                United States District Judge