Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorney for Plaintiffs
KEVIN KEITHLEY and TREN
TECHNOLOGIES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>    Defendants. | CASE No. C03-04447 SI (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE** |

1    The parties attended a Case Management Conference before the Honorable Susan Illston on
2    June 20, 2008.  During that Case Management Conference, the parties advised that they had retained
3    a private mediator, and that one mediation session had occurred.  The parties further advised that the
4    mediator was continuing settlement discussions with them.  Given the mediator's familiarity with the
5    parties and the issues, and his willingness to further assist in settlement discussions, the parties
6    suggested that the settlement conference scheduled with the Honorable Edward M. Chen for July 15,
7    2008, at 9:30 a.m. be vacated.  Judge Illston agreed with this suggestion, and advised that the parties
8    notify Judge Chen of her conclusions.  Given the above circumstances, the parties hereby propose
9    that the settlement conference with the Honorable Edward M. Chen be vacated.

10    IT IS SO STIPULATED.

11   Dated: June 26, 2008                FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT & DUNNER, L.L.P.

14                                       By:_____/s/_____
                                              Scott R. Mosko
15                                            Attorney for Plaintiffs Kevin Keithley and
                                              TREN Technologies Holdings, LLC

17   Dated:  June 26, 2008               ALSTON & BIRD, LLP

20                                       By:_____/s/_____
                                              Bruce J. Rose*
                                              Attorneys for Defendants The Homestore.com,
21                                            Inc., The National Association of Realtors and
                                              The National Association of Home Builders of
22                                            the United States

24    *I declare under penalty of perjury under the laws of the United States that Bruce J. Rose has
      authorized me to add his electronic signature to this document and submit it to the Court as a
25    stipulation.

26                                       _____/s/_____
                                              Scott R. Mosko

487593                          1                    STIPULATION AND [PROPOSED] ORDER
                                                     RE SETTLEMENT CONFERENCE
                                                     Case No.  C 03-04447 SI (EDL)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the July 15, 2008 settlement conference date is vacated.

DATED: _____

Susan Illston
UNITED STATES DISTRICT JUDGE