IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KEITHLEY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>    Defendants.<br>                                   / | No. C-03-04447 SI (EDL)<br><br>**ORDER FOLLOWING IN CAMERA REVIEW OF BILLING RECORDS** |

On June 17, 2008, the Court ordered Plaintiffs to lodge for in camera review the billing records in support of Plaintiffs' request for attorneys' fees and costs incurred in bringing Plaintiffs' motion for sanctions regarding spoliation. On June 30, 2008, the Court received Plaintiffs' billing records. The Court has reviewed the records and finds that the records adequately support the fees and costs sought by Plaintiffs. A detailed opinion and order regarding these and other sanctions issues will follow.

Therefore, Plaintiffs' motion for sanctions is granted in part in the amount of $148,269,50. Defendants shall pay this amount to Plaintiffs no later than July 9, 2008.

**IT IS SO ORDERED.**

Dated: July 1, 2008

                                                                           ELIZABETH D. LAPORTE<br>
                                                                           United States Magistrate Judge