LUTHER ORTON (State Bar No. 54258)
JENNIFER L. SHODA (State Bar No. 194469)
SNYDER MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
The Homestore.com, Inc.,
The National Association of Realtors
and The National Association of
Home Builders of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>Defendants. | CASE NO. C03-04447 SI (EDL)<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**<br><br>**SUPPORTING DECLARATION OF JENNIFER L. SHODA**<br><br>**[~~PROPOSED~~] ORDER**<br><br>Dept.: Courtroom E, 15th Floor<br>Mag. Judge: Elizabeth D. Laporte |

{00019929.DOC; 1}

DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; SUPPORTING
DECLARATION OF JENNIFER L. SHODA; [PROPOSED] ORDER
Case No. C03-04447 SI (EDL)

## ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

### 1. Papers Submitted For Filing Under Seal In Their Entireties

Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Move, Inc. (formerly Homestore, Inc.), the National Association of Realtors and the National Association of Home Builders of the United States hereby request leave of the Court to file under seal in their entirety the following documents being lodged with the Clerk:

- Exhibit 2 to the Declaration of Michael Neymit In Support of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions;

- Exhibit 2 to the Declaration of Luther Orton In Support of Defendants' Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions.

Defendants have marked the documents contained in these exhibits as Highly Confidential – Attorneys' Eyes Only by Defendants, and said exhibits contain highly sensitive, confidential business information.

### 2. Declaration Submitted for Partial Filing Under Seal

Defendants assert that portions of the Declaration of Michael Neymit In Support of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions contains highly sensitive, confidential business information.

Accordingly, Defendants respectfully request leave of the Court to file under seal portions of the highlighted, confidential version of the Declaration of Michael Neymit In Support of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions

As required by Civil Local Rule 79-5(c), Defendants are lodging with the Clerk a HIGHLIGHTED, CONFIDENTIAL copy of the declaration listed above in which the asserted confidential information is highlighted for filing under seal and for Judge Laporte's chambers and a

{00019929.DOC; 1}  2

DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; SUPPORTING
DECLARATION OF JENNIFER L. SHODA; [PROPOSED] ORDER
Case No. C03-04447 SI (EDL)

Snyder Miller & Orton LLP

REDACTED, NON-CONFIDENTIAL copy of the declaration listed above in which the asserted confidential information is redacted for filing in the public record.

### 3. Motion Submitted for Partial Filing Under Seal

Defendants assert that portions of their Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions contain excerpts from documents marked Highly Confidential – Attorneys' Eyes Only by Defendants.

Accordingly, Defendants respectfully request leave of the Court to file under seal portions of the highlighted, confidential version of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions.

As required by Civil Local Rule 79-5(c), Defendants are lodging with the Clerk as follows:

- HIGHLIGHTED, CONFIDENTIAL version of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions in which the asserted confidential information is highlighted for filing under seal and for Judge Laporte's chambers; and

- REDACTED, NON-CONFIDENTIAL version of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions in which the asserted confidential information is redacted for filing in the public record.

Dated: June 17, 2008                    SNYDER MILLER & ORTON, L.L.P.


                                        By: _____/s/_____
                                            Jennifer Shoda
                                            Attorneys for Defendants The Homestore.com,
                                            Inc., The National Association of Realtors, and
                                            The National Association of Homebuilders of the
                                            United States

## SUPPORTING DECLARATION OF JENNIFER L. SHODA

I, Jennifer L. Shoda, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the state of California and before the various federal courts in California. I am an attorney in the law firm of Snyder Miller & Orton LLP, counsel in this case to Defendants The Homestore.com, Inc., now Move, Inc., the National Association of Realtors, and the National Association of Home Builders of the United States. I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of June, 2008, in San Francisco, California.

```
                    /s/
            Jennifer L. Shoda
```

{00019929.DOC; 1}                    4

DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; SUPPORTING
DECLARATION OF JENNIFER L. SHODA; [PROPOSED] ORDER
Case No. C03-04447 SI (EDL)

Snyder Miller & Orton LLP

## [~~PROPOSED~~] ORDER

Upon good cause shown, IT IS HEREBY ORDERED that the following documents be filed under seal:

- Exhibit 2 to the Declaration of Michael Neymit In Support of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions;
- Exhibit 2 to the Declaration of Luther Orton In Support of Defendants' Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions.
- HIGHLIGHTED, CONFIDENTIAL version of the Declaration of Michael Neymit In Support of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions; and
- HIGHLIGHTED, CONFIDENTIAL version of Defendants' Memorandum In Response to Plaintiffs' Requests for Terminating, Evidentiary and Monetary Sanctions.

**IT IS SO ORDERED.**

Dated: July 21, 2008



_____
UNITED STATES MAGISTRATE JUDGE
IT IS SO ORDERED
Judge Elizabeth D. Laporte
{00019929.DOC; 1}   5

DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL; SUPPORTING DECLARATION OF JENNIFER L. SHODA; [~~PROPOSED~~] ORDER
Case No. C03-04447 SI (EDL)