LUTHER ORTON
SNYDER, MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
(415) 962-4400 (main)
(415) 962-4401 (fax)

BRUCE J. ROSE
S. BENJAMIN PLEUNE
ALSTON & BIRD, LLP
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
Homestore, Inc., The National
Association of Realtors and The
National Association of Home Builders
of the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCON DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOMESTORE.COM, INC., et al.,<br><br>Defendants. | Case No.  3:03-cv-04447-SI (EDL)<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF S. BENJAMIN PLEUNE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS FOR FILING UNDER SEAL (DOCKET NOS. 513 and 518);**<br><br>**[PROPOSED] ORDER**<br><br>Courtroom: E, 15th Floor<br>Judge:  Hon. Elizabeth D. Laporte |

1

**DECLARATION OF S. BENJAMIN PLEUNE**

I, S. Benjamin Pleune, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of North Carolina. I am an associate in the law firm of Alston & Bird, LLP, counsel for defendants Homestore, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States (collectively "Defendants"). I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. The following materials designated in Plaintiffs' Administrative Motion for Filing Under Seal are highly confidential and sealable in their entirety:

- Exhibit 1 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;
- Exhibit 2 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;
- Exhibit 3 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;
- Exhibit 4 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;
- Exhibit 8 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;
- The Declaration of Weiguo Chen in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery; and
- Exhibit A to the Declaration of Weiguo Chen in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery.

Said exhibits have been designated as Highly Confidential – Attorney's Eyes Only by Defendants, and said exhibits contain highly sensitive, confidential business information.

2

Declaration of S. Benjamin Pleune in Support of
Plaintiffs' Administrative Motion for Filing Under Seal
Case No. 3:03-cv-04447-SI (EDL)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2008, at Charlotte, North Carolina.

        /s/ S. Benjamin Pleune
        S. Benjamin Pleune

3

Declaration of S. Benjamin Pleune in Support of
Plaintiffs' Administrative Motion for Filing Under Seal
Case No. 3:03-cv-04447-SI (EDL)

**[~~PROPOSED~~] ORDER**

Upon good cause shown, IT IS **HEREBY ORDERED** that the following documents be filed under seal:

- Exhibit 1 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;

- Exhibit 2 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;

- Exhibit 3 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;

- Exhibit 4 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;

- Exhibit 8 to the Declaration of Scott R. Mosko in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery;

- The Declaration of Weiguo Chen in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery; and

- Exhibit A to the Declaration of Weiguo Chen in Support of Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC's statement of Defendants' Misrepresentations Throughout Discovery.

IT IS **SO ORDERED.**

Dated: July 21, 2008

_____
Magistrate Judge Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

4

Declaration of S. Benjamin Pleune in Support of
Plaintiffs' Administrative Motion for Filing Under Seal
Case No. 3:03-cv-04447-SI (EDL)