IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN L. KEITHLEY, et al.,

    Plaintiffs,

v.

HOMESTORE.COM, INC., et al,

    Defendants.
                                      /

No. C-03-04447 MJJ (EDL)

**ORDER REGARDING IN CAMERA REVIEW OF DOCUMENTS FROM PLAINTIFFS' PRIVILEGE LOG**

    Pursuant to the Court's July 2, 2008 Order Granting in Part Defendants' Motion to Compel, Plaintiffs lodged the ten documents chosen by Defendants from Plaintiffs' privilege log for the Court's in camera review. The Court has carefully reviewed the documents and makes the following order:

1.     Document PRIV-KK-002332-001 through PRIV-KK-02332-043: Privileged.

2.     Document PRIV-KK-002480-001 through PRIV-KK-002480-003: Irrelevant. Plaintiffs need not produce this document.

3.     Document PRIV-KK-002807-001 through PRIV-KK-002807-002: Privileged.

4.     Document PRIV-KK-002926 through PRIV-KK-002926-002: Not privileged. This e-mail was sent from Mr. Keithley to a number of individuals stating that patent reexamination is complete and contains virtually indecipherable text. Also, this e-mail does not contain legal advice. Plaintiffs shall produce this document no later than August 8, 2008.

5.     Document PRIV-KK-003402-001 through PRIV-KK-003042-006: Privileged.

6.     Document PRIV-KK-003164-001 through PRIV-KK-003164-002: Privileged.

7.     Document PRIV-KK-003287-001 through PRIV-KK-003287-002: Privileged.

1  8.   Document PRIV-KK-003403-001 through PRIV-KK-003403-003:  Privileged.
2  9.   Document PRIV-KK-003474-001 through PRIV-KK-003474-021:  Privileged.
3  10.  Document PRIV-KK-003477-001 through PRIV-KK-003477-002:  Privileged.

**IT IS SO ORDERED.**
Dated: August 4, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge