1 Jitendra Malik (Applicant)
ALSTON & BIRD, LLP
2 101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
3 Telephone: (704) 444-1000
Facsimile: (704) 444-1111
4

5 Attorneys for Defendants

6 Homestore, Inc., The National Association of Realtors
and The National Association of Home Builders of the
7 United States

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESTORE.COM, INC., *et al.*,<br><br>Defendants. | Case No. C 03-4447 SI (EDL)<br><br>The Honorable Susan Illston<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|

LEGAL02/30897344v1

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 03-4447 SI (EDL)

1    Jitendra Malik, an active member in good standing of the bar of North Carolina, whose
2    business address and telephone number is Alston & Bird LLP, 101 South Tryon Street, Suite 4000,
3    Charlotte, North Carolina 28280-4000, having applied in the above-entitled action for admission to
4    practice in the Northern District of California on a *pro hac vice* basis, representing Defendants
5    Homestore, Inc., The National Association of Realtors and The National Association of Home
6    Builders of the United States,

7    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9    *vice*. Service of papers upon and communication with co-counsel designated in the application will
10   constitute notice to the party. All future filings in this action are subject to the requirements
11   contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2008

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE