| | |
|---|---|
| 1 | Luther Orton (State Bar No. 54258) |
| 2 | Jennifer L. Shoda (State Bar No. 194469) |
| | SNYDER, MILLER & ORTON LLP |
| 3 | 111 Sutter Street, Suite 1950 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 962-4400 |
| 5 | Facsimile: (415) 962-4401 |
| 6 | Bruce J. Rose (admitted *pro hac vice*) |
| | S. Benjamin Pleune (admitted *pro hac vice*) |
| 7 | ALSTON & BIRD, LLP |
| | 101 South Tryon Street, Suite 4000 |
| 8 | Charlotte, North Carolina 28280-4000 |
| | Telephone: (704) 444-1000 |
| 9 | Facsimile: (704) 444-1111 |

Attorneys for Defendants
Homestore, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDING LLC, | Case No. 3:03-CV-04447 SI (EDL) |
| Plaintiffs, | **DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |
| v. | **SUPPORTING DECLARATION OF BRUCE J. ROSE** |
| HOMESTORE.COM, INC., et al., | **[PROPOSED] ORDER** |
| Defendants. | Courtroom: 10, 19th Floor |
| | Judge: Honorable Susan Illston |

LEGAL02/30926734v1

# DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

1. <u>Papers Submitted For Filing Under Seal In Their Entirety</u>

Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Move, Inc. (formerly Homestore.com, Inc.), the National Association of Realtors and the National Association of Home Builders of the United States hereby request leave of Court to file under seal in their entirety the following documents being lodged with the Clerk:

- Exhibit 16 to the Declaration of Bruce J. Rose in Support of Defendants' Objections to the Order for Monetary Sanctions and Report and Recommendation for Adverse Inference Instruction to Remedy Discovery Misconduct; and

- Exhibit 1 to the Declaration of Terry Kontonickas

Exhibit 16 to the Rose Declaration contains references to materials that are designated as Confidential or Highly Confidential – Attorneys Eyes Only because they contain highly sensitive, confidential technical information. Exhibit 1 to the Kontonickas Declaration has also been designated as Confidential or Highly Confidential – Attorneys Eyes Only because it contains highly sensitive, confidential business information.

As required by Civil Local Rule 79-5(b), Defendants are lodging with the Clerk copies of said exhibits.

Submitted this 26th day of August, 2008.

LUTHER ORTON
SNYDER, MILLER & ORTON LLP

/s/ Bruce J. Rose
BRUCE J. ROSE
S. BENJAMIN PLEUNE
DOUGLAS R. WILNER
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000

ATTORNEYS FOR DEFENDANTS

1

LEGAL02/30926734v1

**SUPPORTING DECLARATION OF BRUCE J. ROSE**

I, Bruce J. Rose, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of North Carolina. I am a partner in the law firm of Alston & Bird, LLP, counsel for Defendants Homestore.com, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States (collectively "Defendants"). I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2008, at Charlotte, North Carolina.

/s/ Bruce J. Rose
Bruce J. Rose

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Upon good cause shown, **IT IS HEREBY ORDERED** that Exhibit 16 to the Declaration |
| 3 | of Bruce J. Rose in Support of Defendants' Objections to the Order for Monetary Sanctions and |
| 4 | Report and Recommendation for Adverse Inference Instruction to Remedy Discovery |
| 5 | Misconduct as well as Exhibit 1 to the Kontonickas Declaration be filed under seal by the Clerk. |
| 6 | **IT IS SO ORDERED**. |

Dated: _____  _____
Hon. Susan Illston
United States District Court Judge

3

LEGAL02/30926734v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendants' Administrative Motion For Filing Under Seal; Supporting Declaration Of Bruce J. Rose; [Proposed] Order** was served upon the following parties on August 26, 2008 by electronic delivery:

> Scott R. Mosko, Esq.
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
> Stanford Research Park
> 3300 Hillview Avenue
> Palo Alto, CA 94304-1203
> *Scott.mosko@finnegan.com*

                                                                         s/ Bruce J. Rose
                                                                         Bruce J. Rose

4