Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
Scott A. Herbst (State Bar No. 226739)
scott.herbst@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for PLAINTIFFS
KEVIN KEITHLEY and TREN
TECHNOLOGIES HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., THE NATIONAL ASSOCIATION OF REALTORS, and THE NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES,<br><br>Defendant. | CASE No. C03-04447 SI (EDL)<br><br>Judge:  Honorable Susan Illston<br><br>**PLAINTIFFS KEVIN KEITHLEY AND TREN TECHNOLOGIES HOLDINGS, LLC'S ADMINISTRATIVE MOTION FOR FILING UNDER SEAL;**<br><br>**SUPPORTING DECLARATION OF SCOTT R. MOSKO;**<br><br>**[PROPOSED] ORDER** |

# ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

**1.  Papers Submitted for Partial Filing Under Seal**

Pursuant to Civil Local Rules 7-11 and 79-5(c), Plaintiffs respectfully hereby request leave of Court to file under seal certain portions of the following document being lodged with the Clerk:

    a.  The highlighted and unredacted version of Plaintiffs Kevin Keithley and TREN Technologies Holdings LLC's Response to Defendants' Objections to the Non-Dispositive Portion of the Order for Monetary Sanctions and Report and Recommendation for Adverse Inference Instruction to Remedy Discovery Misconduct ("Response").  This Response contains excerpts from the deposition of Philip Dawley, the Defendants' designated Rule 30(b)(6) witness.  This deposition was designated Highly Confidential - Attorneys' Eyes Only by Defendants pursuant to Stipulated Protective Order.  It contains confidential, proprietary and sensitive business information and the excerpts from within it should remain sealed from public view.

As required by Civil Local Rule 79-5(c), Defendants are lodging with the Clerk copies of this Response which has been designated Confidential for filing under seal.

# SUPPORTING DECLARATION OF SCOTT R. MOSKO

I, Scott R. Mosko, declare as follows:

1.  I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel for Plaintiffs in the above-entitled action.  I submit this declaration in support of the Plaintiffs Kevin Keithley and Tren Technologies Holdings, Inc.'s Administrative Motion for Filing Under Seal.  The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

2.  The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

//

//

//

1                     ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
Case No. C03-CV-04447 SI (EDL)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this October 3, 2008, at Palo Alto, California.

                                                   /s/
                                           Scott R. Mosko
                                           Attorney for Plaintiffs Kevin Keithley and TREN Technologies Holdings, LLC

2

ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
Case No. C03-CV-04447 SI (EDL)

1  **[PROPOSED] ORDER**

2  Upon good cause shown, **IT IS HEREBY ORDERED** that the following documents be filed
3  under seal:

4      1.    The highlighted and unredacted version of Plaintiffs Kevin Keithley and TREN
5  Technologies Holdings LLC's Response to Defendants' Objections to the Non-Dispositive Portion
6  of the Order for Monetary Sanctions and Report and Recommendation for Adverse Inference
7  Instruction to Remedy Discovery Misconduct.

9      **IT IS SO ORDERED.**

11  Dated: _____, 2008     _____
    Judge Susan Illston