Luther Orton (State Bar No. 54258)
Jennifer L. Shoda (State Bar No. 194469)
SNYDER, MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

Bruce J. Rose (admitted *pro hac vice*)
S. Benjamin Pleune (admitted *pro hac vice*)
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants
Homestore, Inc., The National Association
of Realtors, and The National Association
of Home Builders of the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESTORE.COM, INC., et al.,<br><br>Defendants. | Case No. 3:03-CV-04447 SI (EDL)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**<br><br>**SUPPORTING DECLARATION OF S. BENJAMIN PLEUNE**<br><br>**[PROPOSED] ORDER**<br><br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Illston |

LEGAL02/30980778v1

**DEFENDANTS' ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

1. <u>Papers Submitted For Filing Under Seal In Their Entirety</u>

Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendant Move, Inc. (formerly Homestore.com, Inc.) hereby requests leave of Court to file under seal in their entirety the following documents being lodged with the Clerk:

- Exhibit 2 to the Declaration of Tracy Mahnken in Support of Defendants' Motion for Summary Judgment as to Non-Infringement and Invalidity Based on Indefiniteness; and
- Exhibits 2, 4, 6, 8, 9, and 11 to the Declaration of Luther Orton in Support of Defendants' Motion for Summary Judgment as to Non-Infringement and Invalidity Based on Indefiniteness.

Exhibit 2 to Ms. Mahnken's declaration has been designated as Highly Confidential—Attorneys' Eyes Only by Defendants because it contains Homestore.com, Inc.'s highly sensitive, confidential business information. Exhibits 2, 4, 6, 8, 9, and 11 to Mr. Orton's Declaration have also been designated as Confidential for the same reasons.

As required by Civil Local Rule 79-5(b), Defendants are lodging with the Clerk copies of said Declaration and exhibits.

Submitted this 3rd day of October, 2008.

LUTHER ORTON
SNYDER, MILLER & ORTON LLP

/s/ S. Benjamin Pleune
BRUCE J. ROSE
S. BENJAMIN PLEUNE
DOUGLAS R. WILNER
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000

ATTORNEYS FOR DEFENDANTS

1

LEGAL02/30980778v1

**SUPPORTING DECLARATION OF S. BENJAMIN PLEUNE**

I, S. Benjamin Pleune, declare as follows:

1. I am an attorney at law licensed to practice before all of the courts of the State of North Carolina. I am an attorney in the law firm of Alston & Bird, LLP, counsel for Defendants Homestore.com, Inc., The National Association of Realtors, and The National Association of Home Builders of the United States (collectively "Defendants"). I have knowledge of all of the following facts and, if called as a witness, could and would competently testify thereto.

2. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2008.

/s/ S. Benjamin Pleune
S. Benjamin Pleune

2

**[PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that Exhibit 2 to the Declaration of Tracy Mahnken in Support of Defendants' Motion for Summary Judgment as to Non-Infringement and Invalidity Based on Indefiniteness and Exhibits 2, 4, 6, 8, 9, and 11 to the Declaration of Luther Orton in Support of Defendants' Motion for Summary Judgment as to Non-Infringement and Invalidity Based on Indefiniteness be filed under seal by the Clerk.

**IT IS SO ORDERED**.

Dated: _____     _____
                                   Hon. Susan Illston
                                   United States District Court Judge

3

LEGAL02/30980778v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendants' Administrative Motion For Filing Under Seal; Supporting Declaration Of S. Benjamin Pleune; [Proposed] Order** was served upon the following parties on October 3, 2008 by electronic delivery:

> Scott R. Mosko, Esq.
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
> Stanford Research Park
> 3300 Hillview Avenue
> Palo Alto, CA  94304-1203
> *Scott.mosko@finnegan.com*

                s/ S. Benjamin Pleune
                S. Benjamin Pleune

4