IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>HOMESTORE.COM, INC., et al,<br><br>  Defendants.<br>_____/ | No. C-03-04447 SI (EDL)<br><br>**ORDER RE: PLAINTIFFS' IN-COURT SUBMISSION AND DEFENDANTS' RESPONSE** |

At the October 17, 2008 hearing on Defendants' Motion for Sanctions, Plaintiffs submitted a bar graph entitled "Distribution of Pages in Plaintiffs' March and April Productions by Document Type," along with samples of the types of documents that were produced during that time. The Court gave Defendants leave to file a response to the in-court submission, which they did on October 22, 2008. The Court will not consider Plaintiffs' in-court submission in reaching its decision on Defendants' Motion for Sanctions. Therefore, Defendants need not submit their list containing descriptions of the late-produced documents.

**IT IS SO ORDERED.**

Dated: October 29, 2008

　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge