Scott R. Mosko (State Bar No. 106070)
Scott A. Herbst (State Bar No. 226739)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Attorneys for Plaintiffs

Luther Orton (State Bar No. 54258)
Jennifer L. Shoda (State Bar No. 194469)
SNYDER, MILLER & ORTON LLP
111 Sutter St., Suite 1950
San Francisco, California 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

Bruce J. Rose (admitted *pro hac vice*)
S. Benjamin Pleune (admitted *pro hac vice*)
ALSTON & BIRD, LLP
101 South Tryon St, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>Defendants. | CASE No. C03-04447 SI (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STATISTICS** |

# INTRODUCTION

This stipulation concerns two sets of statistics that were cited in a pleading filed by Plaintiffs. One URL at which these statistics were located has been changed since this pleading was filed. Given this change of location, the parties to this stipulation provide copies of these statistics and their current URLs for the Court's convenience.

# STIPULATION

IT IS HEREBY STIPULATED AS FOLLOWS:

(1) On October 24, 2008, Plaintiffs filed a pleading entitled Opposition to Defendants' Motion for Partial Summary Judgment Regarding Willfulness, Docket No. 805 ("Plaintiffs' Opposition");

(2) On page thirteen (13) of the above-referenced pleading, Plaintiffs cited to two (2) reports of reexaminations. The first report concerns the USPTO's *Performance and Accountability Report*, 2007, which is now available at http://www.uspto.gov/web/offices/com/annual/2007/index.html. Table 13A, specifically referenced in Plaintiffs' Opposition is available at http://www.uspto.gov/web/offices/com/annual/2007/50313a_table13a.html. A true and correct copy of Table 13 of this report is attached as Exhibit A to this stipulation. Plaintiffs also cited reexamination statistics. The URL of this report was subsequently changed. The report, now available at http://www.uspto.gov/web/patents/documents/ex_parte.pdf, is attached as Exhibit B to this stipulation; and

///
///
///
///
///
///
///
///

(3) The parties stipulate that these statistics as found in the above-referenced URLs, also attached as Exhibits A and B hereto, may be considered by the Court in this case as the Court deems necessary as if they had been attached as exhibits to Plaintiffs' Opposition. The parties stipulate, however, that Defendants may challenge Exhibits A and B hereto as they normally would be entitled to do, including preserving all rights under the Federal Rules of Evidence including whether or not these reports were actually published by the USPTO.[1]

Dated: October 30, 2008
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By:_____/s/_____
    Scott R. Mosko
    Attorney for Plaintiffs
    Kevin Keithley and TREN
    Technologies Holdings, LLC\

SYNDER, MILLER & ORTON LLP

By:_____/s/_____
    Bruce J. Rose
    Attorneys for Defendants
    Homestore.com, Inc;
    The National Association of Realtors; and
    The National Association of Home Builders of the
    United States

I declare under penalty of perjury that Defendants' counsel has authorized me to file this stipulation with counsel's signature.

_____/s/_____
Scott R. Mosko

---

[1] Defendants take no position as to the authenticity of these documents or the statistics they purport to contain therein.

1 | **[PROPOSED] ORDER**

The Court hereby enters into the record Exhibits A and B attached to the Parties' Stipulation, corresponding to the reports cited on page thirteen of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment Regarding Willfulness (Dkt. 805) filed October 24, 2008.

IT IS SO ORDERED

Dated: _____

Hon. Susan Illston
United States District Judge