IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, | No. C-03-04447 SI (EDL) |
| Plaintiff, | **ORDER RE: IN CAMERA SUBMISSION OF DEFENDANTS' BILLING RECORDS** |
| v. | |
| HOMESTORE.COM, INC., et al, | |
| Defendants. / | |

In their October 31, 2008 Statement of Incurred Costs, Defendants request leave to lodge supporting billing records documentation <u>in camera</u>. Defendants' request is granted. Defendants shall also provide a detailed summary of fees and costs sought that is supported by and corresponds to the billing records. Defendants shall lodge these documents no later than November 12, 2008.

**IT IS SO ORDERED.**

Dated: November 5, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge