Luther Orton
SNYDER, MILLER & ORTON LLP
111 Sutter Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 962-4400
Facsimile: (415) 962-4401

Bruce J. Rose
S. Benjamin Pleune
Douglas R. Wilner
ALSTON & BIRD, LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendants

Homestore, Inc., The National Association of Realtors
and The National Association of Home Builders of the
United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESTORE.COM, INC., *et al.,*<br><br>Defendants. | Case No. C 03-4447 SI<br><br>**STIPULATION AND [Proposed] ORDER** |

**STIPULATION AND [PROPOSED] ORDER**

1  Whereas Defendants believe themselves to be prevailing parties as that phrase is used in
2  connection with the right to be awarded costs as a result of this Court's Order granting Defendants'
3  Motion for Summary Judgment as to Noninfringement and Invalidity Based on Indefiniteness. [Dkt.
4  862] ("the Order");
5  Whereas Defendants are unsure of whether the Order triggered an obligation pursuant to
6  Civil L.R. 54-1(a) to file their bill of costs on or before December 3, 2008;
7  Whereas Plaintiffs do not object to Defendants filing their bill of costs after judgment issues,
8  however Plaintiffs' lack of objection shall not be interpreted to be a concession that Defendants are
9  prevailing parties as Civil L.R. 54-1 contemplates;
10  Whereas the Court's calendar currently includes a pre-trial conference in this case for
11  December 16, 2008 at 3:30 P.M, which the parties propose be converted to a Further Case
12  Management Conference allowing the parties and the Court to discuss issues that should be resolved
13  prior to the issuance of judgment.
14  Therefore pursuant to agreement, the parties stipulate and propose an Order issues as follows:
15  (1) To the extent any party believes itself to be prevailing party, a bill of costs may be filed
16  within 14 days after judgment issues in this case;
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

(2) The currently-calendared Pre-Trial Conference on December 16, 2008 at 3:30 P.M. shall be converted to a Further Case Management Conference.

IT IS SO STIPULATED:

Dated: December 3, 2008.    ALSTON & BIRD, LLP

By: /s/ Bruce J. Rose
BRUCE J. ROSE

Attorney for Defendants Homestore, Inc., the National Association of Realtors and the National Association of Home Builders of the United States

Dated: December 3, 2008.    FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP

By: /s/ Scott R. Mosko
SCOTT. R. MOSKO

Attorney for Plaintiffs Kevin Keithley and Tren Technologies Holdings, LLC

IT IS SO ORDERED:

DATED: _____

_____
United States District Judge

2