IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KEITHLEY, *et al.*, | No. C 03-4447 SI |
| Plaintiffs, | **ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS WITHOUT PREJUDICE** |
| v. | |
| HOMESTORE.COM, INC., *et al.*, | |
| Defendants. | |

Pursuant to the agreement of the parties and Federal Rule of Civil Procedure 41, the Court hereby DISMISSES WITHOUT PREJUDICE defendants' counterclaims. In the event of a remand from the Federal Circuit, defendants may reinstate the counterclaims.

**IT IS SO ORDERED.**

Dated: March 2, 2009

SUSAN ILLSTON
United States District Judge