IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KEITHLEY, *et al.*, | No. C 03-4447 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HOMESTORE.COM, INC., *et al.*, | |
| Defendants. | |

Defendants' motion for summary judgment as to noninfringement and invalidity based on indefiniteness was granted by order dated November 19, 2008. Defendants' counterclaims have been dismissed without prejudice to refiling in the event the November 19, 2008 order is reversed on appeal. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: March 4, 2009

SUSAN ILLSTON
United States District Judge