1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  Scott A. Herbst (State Bar No. 226739)
   scott.herbst@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:   (650) 849-6600
6  Facsimile:    (650) 849-6666

7  Attorneys for Plaintiffs
   KEVIN KEITHLEY and TREN
8  TECHNOLOGIES HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KEVIN KEITHLEY and TREN TECHNOLOGIES HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOMESTORE.COM, INC., et al.,<br><br>Defendants. | Case No. C03-04447 SI (EDL)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING DEFENDANTS' MOTION TO HOLD PLAINTIFFS IN CONTEMPT OF COURT FROM THE COURT'S CALENDAR**<br><br>Date:           March 17, 2009<br>Time:           9:00 a.m.<br>Department: Courtroom E, 15th Floor<br>Mag. Judge:  Honorable Elizabeth D. Laporte |
|---|---|

1  The parties advise that the provisions of this Court's Order, Docket No. 899, have now been
2  fully complied with. Accordingly, the parties, through their respective counsel, hereby stipulate that
3  the hearing, currently scheduled for March 17, 2009, on Defendants' Motion to Hold Plaintiffs in
4  Contempt of Court, shall be and is now off calendar.

5  IT IS SO STIPULATED.

7  Dated: March 16, 2009					FINNEGAN, HENDERSON, FARABOW,
								  GARRETT & DUNNER, L.L.P.

								By: _____/s/ Scott R. Mosko_____
									Scott R. Mosko

								Attorneys for Plaintiffs
								Kevin Keithley and TREN Technologies
								Holdings, LLC

14 Dated: March 16, 2009					ALSTON & BIRD, LLP

								By: _____/s/ Bruce J. Rose_____
									Bruce J. Rose

								Attorneys for Defendants
								The Homestore.com, Inc., The National
								Association of Realtors, and The National
								Association of Home Builders of the
								United States

		IT IS SO ORDERED.

Dated: March 16, 2009

						_____
						United States Judge Elizabeth D. Laporte

STIPULATION AND [PROPOSED] ORDER
Case No. C03-04447 SI (EDL)