IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, *et al.*, | No. C 03-4447 SI |
| Plaintiffs, | **ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR EMERGENCY SETTLEMENT CONFERENCE** |
| v. | |
| THE HOMESTORE.COM, INC., *et al.*, | |
| Defendants. | |

The Court hereby refers the parties to a Magistrate Judge for an emergency settlement conference.

**IT IS SO ORDERED.**

Dated: April 29, 2009

SUSAN ILLSTON
United States District Judge