IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. KEITHLEY, | No. C-03-04447 SI (EDL) |
| Plaintiff, | **ORDER TEMPORARILY STAYING MARCH 27, 2009 ORDER RE: PAYMENT OF SANCTIONS** |
| v. | |
| HOMESTORE.COM, INC., et al, | |
| Defendants. | |

On March 27, 2009, the Court issued an Order Regarding Further Sanctions in Connection with August 12, 2008 Order, requiring Defendants to pay sanctions to Plaintiff no later than April 24, 2009. Since the issuance of that Order, the parties have been engaged in settlement discussions. On April 22, 2009, Defendants filed a Motion for Protective Order, seeking an order protecting them against payment of the sanctions pending completion of the parties' settlement negotiations. Under these circumstances, the Court temporarily stays the March 27, 2009 Order requiring payment of sanctions. Further, the Court vacates the June 2, 2009 hearing on Defendants' Motion for Protective Order. If this matter does not settle, the parties shall file a stipulation and proposed order regarding a briefing schedule and hearing date for Defendants' Motion.

**IT IS SO ORDERED.**

Dated: April 28, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge