5 minutes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 5/29/09

Case No.   C-03-4447 SI          Judge:   SUSAN ILLSTON

Title: KEVIN KEITHLEY -v- THE HOMESTORE.COM

Attorneys: S Mosko   L. Orton,

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1) Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to  for Further Case Management Conference

Case continued to


ORDERED AFTER HEARING:
The Court will sign the parties proposed order and strike out term 1.