| | |
|---|---|
| 1 | Luther Orton |
| | SNYDER, MILLER & ORTON LLP |
| 2 | 111 Sutter Street, Suite 1950 |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 962-4400 |
| | Facsimile: (415) 962-4401 |
| 4 | |
| | Bruce J. Rose |
| 5 | S. Benjamin Pleune |
| | Douglas R. Wilner |
| 6 | ALSTON & BIRD, LLP |
| | 101 South Tryon Street, Suite 4000 |
| 7 | Charlotte, North Carolina 28280-4000 |
| | Telephone: (704) 444-1000 |
| 8 | Facsimile: (704) 444-1111 |
| 9 | Attorneys for Defendants |
| 10 | Homestore, Inc., The National Association of Realtors |
| | and The National Association of Home Builders of the |
| 11 | United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN L. KEITHLEY and TREN TECHNOLOGIES HOLDINGS LLC, | Case No. C 03-4447 SI |
| Plaintiffs, | The Honorable Susan Illston |
| v. | STIPULATION AND [PROPOSED] ORDER VACATING JUDGMENT, AND VARIOUS PLEADINGS AND ORDERS; AND DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE |
| HOMESTORE.COM, INC., et al., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER VACATING
VARIOUS RULINGS

On or about May 21, 2009, Plaintiffs Kevin L. Keithley and TREN Technologies Holdings LLC, on the one hand, and Homestore.com, Inc. (hereafter "Move"), the National Association of Realtors ("NAR"), and the National Association of Home Builders of the United States ("NAHB"), on the other hand (collectively the "Parties"), executed an agreement settling this lawsuit (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Parties hereby jointly request that the Court:

(1) ~~vacate the following rulings:~~

    (a) ~~ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO NONINFRINGEMENT AND INVALIDITY BASED ON INDEFINITENESS; DENYING OTHER MOTIONS AS MOOT (Dkt. No. 862);~~

    (b) ~~ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS WITHOUT PREJUDICE (Dkt. No. 908); and~~

    (c) ~~JUDGMENT (Dkt. No. 912); and~~

(2) consider the following pending matters as having been withdrawn:

    (a) Defendants' BILL OF COSTS (Dkt. No. 913) and Defendants' REDUCTION OF CERTAIN ITEMS IN DEFENDANTS' BILL OF COSTS (Dkt. No. 917); and

    (b) Defendants' MOTION FOR PROTECTIVE ORDER FROM ORDER REGARDING FURTHER SANCTIONS (*filed under seal*) (Dkt. No. 935); and

///
///
///
///
///
///
///

(3) dismiss, with prejudice, Plaintiffs' Complaint and Defendants' Counterclaims. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO STIPULATED:**

Dated: May 22, 2009.   ALSTON & BIRD, LLP

By: /s/ Bruce J. Rose
BRUCE J. ROSE

Attorney for Defendants Homestore, Inc., the National Association of Realtors and the National Association of Home Builders of the United States

Dated: May 21, 2009.   FINNEGAN, HENDERSON, FARABOW, GARRETT, DUNNER, LLP

By: /s/ Scott R. Mosko
SCOTT. R. MOSKO

Attorney for Plaintiffs Kevin Keithley and TREN Technologies Holdings LLC

**IT IS SO ORDERED.**

Dated: 6/2/09

Hon. Susan Illston
United States District Judge

2  STIPULATION AND [PROPOSED] ORDER VACATING VARIOUS RULINGS